# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MARTY LAMAR BAIRD, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-10 |
| | * | |
| v. | * | |
| | * | |
| MRS. DAVIS; ANGUS BAREFOOT; RICKY STONE; and UPTON, in their individual and official capacities, | * * * | |
| | * | |
| Defendants. | * | |

**O R D E R**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 9.  No party to this action filed Objections to this Report and Recommendation.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's official capacity claims for monetary damages against all Defendants.  Plaintiff's deliberate indifference claims against all Defendants remain pending.  Dkt. No. 10.

**SO ORDERED**, this 6th day of January, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)