# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MARTY LAMAR BAIRD, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-10 |
| v. | * | |
| MRS. DAVIS, et al., | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 42. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and **DENIES** Plaintiff's Motion for Preliminary Injunction. Dkt. No. 38.

**SO ORDERED**, this ___21___ day of March, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)