# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MARTY LAMAR BAIRD, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-10 |
| v. | * | |
| MRS. DAVIS, et al., | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 50. Plaintiff did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Released" and "Return to Sender, Refused, Unable to Forward." Dkt. No. 51 at 1.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants' construed Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint for failure to exhaust his available administrative remedies, and **DIRECTS** the Clerk of Court to **CLOSE**

this case and enter the appropriate judgment. The Court also **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO **ORDERED**, this __27__ day of __June__, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)